**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leverne WILSON, Defendant–**
**Appellant.**

**No. 01–7115.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 28, 2001.

Leverne Wilson, pro se. Alfred William Walker Bethea, Assistant United States Attorney, Florence, SC, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Leverne Wilson appeals the district court's order denying Wilson's motion to schedule restitution payments. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Wilson*, No. CR–99–653 (D.S.C. June 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*